# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Bill Krane, et al., | Case No. 2:20-cv-00501-RFB-BNW |
| Plaintiffs, | |
| v. | **REPORT AND RECOMMENDATION** |
| Carroll Lee Brown, et al., | |
| Defendants. | |

On October 27, 2020, the Court screened Plaintiffs' complaint, dismissed Plaintiffs' complaint without prejudice, and ordered Plaintiffs to file an amended complaint (if they so chose). (Order (ECF No. 3).) Plaintiffs' deadline to file an amended complaint, if they so chose, was November 30, 2020. (*Id.*) Plaintiffs did not file an amended complaint or otherwise respond to this Court's order. Accordingly, it appears Plaintiffs abandoned their case.

IT IS THEREFORE RECOMMENDED that Plaintiffs' case be dismissed without prejudice and this case closed.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being

served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: December 9, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE